### RAYMOND, EASTON.

Assessors' certificate;—evidence of the number of ratable polls.

THE elections in these towns were controverted on the ground of a deficiency of ratable polls. The member returned

---

[1] 31 J. H. 59.　　　[2] Same, 37.　　　[3] Same, 53.

from Raymond produced a certificate of the assessors thereof, stating that the said town contained the requisite number of polls, which was not disproved by the petitioners; and the petitioners in the other case produced no evidence. The committee on elections made a report in favor of the members, which was agreed to.